628

No. 850. SOUTHWESTERN SERUM CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert C. Foulston, George T. Buckingham, Paul E. Shorb,* and *H. Thomas Austern* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 842. NATIONAL FEDERATION OF RAILWAY WORKERS *v.* NATIONAL MEDIATION BOARD ET AL. May 6, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. James A. Cobb* and *Perry W. Howard* for petitioner. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern* and *Thomas E. Harris* for respondents.

No. 849. HUBBARD *v.* MATSON NAVIGATION CO. ET AL. May 6, 1940. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, California, denied. *Mr. George Olshausen* for petitioner. *Messrs. Herman Phleger, Maurice E. Harrison,* and *Gregory A. Harrison* for respondents.

No. 852. ORENDORF ET AL. *v.* FAYETTE FARMS, INC. ET AL. May 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Laurence B. Finn* for petitioners. *Mr. Edward L. Bush* for respondents.

No. 858. BARBOUR *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1940. Petition for writ of certiorari